IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL H. HOLLAND, MICHAEL MCKOWN, JOSEPH R. RESCHINI, and CARLO TARLEY as Trustees of the UNITED MINE WORKERS OF AMERICA 1992 BENEFIT PLAN, and<br><br>MICHAEL H. HOLLAND, MICHAEL MCKOWN, WILLIAM P. HOBGOOD, MARTY HUDSON, JOSEPH R. RESCHINI, CARL E. VANHORN, and GAIL R. WILENSKY as Trustees of the UNITED MINE WORKERS OF AMERICA COMBINED BENEFIT FUND,<br><br>        Plaintiffs,<br>v.<br><br>UNITED STATES PIPE AND FOUNDRY COMPANY, LLC,<br><br>        Defendant. | Civil Action No. 16-cv-01577-ABJ |

## PLAINTIFFS' RULE 26(a)(1) DISCLOSURES

Plaintiffs, Trustees of the United Mine Workers of America ("UMWA") 1992 Benefit Plan ("1992 Plan") and Trustees of the UMWA Combined Benefit Fund ("CBF"), by undersigned counsel, make the following disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure:

1. Under Rule 26(a)(1)(A)(i), the following individuals may have discoverable information relevant to support its claims alleged in the pleadings:

a) <u>Dale R. Stover</u>, Director of Finance and General Services, c/o Kathleen B. Burns, Assistant General Counsel, Office of General Counsel, UMWA Health and Retirement Funds, 2121 K Street, N.W., Washington, D.C. 20037, (202) 521-2233. Mr. Stover may have information concerning the liability of the Defendant for monthly per beneficiary premiums required to be paid to the 1992 Plan and the CBF under the Coal Industry Retiree Health Benefit Act of 1992 ("Coal Act"), 26 U.S.C. §§ 9701 et seq. Mr. Stover may also have information concerning the amount of the Defendant's liability and billings that were sent to the Defendant informing it of these liabilities. Mr. Stover may have information detailing the history of Defendant and Jim Walter Resources, Inc.'s signatory status to various National Bituminous Coal Wage Agreements ("NBCWA").

b) William M. Chisholm, Director of Operations and Eligibility Services, c/o Kathleen B. Burns, Assistant General Counsel, Office of General Counsel, UMWA Health and Retirement Funds, 2121 K Street, N.W., Washington, D.C. 20037, (202) 521-2233. Mr. Chisholm may have information on the work histories and eligibility of the beneficiaries attributable to Jim Walter Resources, Inc. under the Coal Act, 26 U.S.C. §§ 9701 et seq.

2. Pursuant to Rule 26(a)(1)(A)(ii), the following is a description by category and location of all documents, electronically stored information, and tangible things in the possession, custody or control of the Plaintiffs that support its claims.

a) Eligibility:

UMWA 1992 Benefit Plan, Plan Document.

UMWA 1992 Benefit Plan Agreement and Declaration of Trust Document.

UMWA CBF Plan Document.

UMWA CBF Trust Document.

b) Beneficiaries:

List of 1992 Plan beneficiaries attributable to Jim Walter Resources, Inc.

List of CBF beneficiaries assigned to Jim Walter Resources, Inc.

c) Signatory Status:

The 1988 NBCWA signed by Jim Walter Resources, Inc. confirming its signatory status. The 1993, 1998, 2002, 2007, and 2011 NBCWA's signed by Jim Walter Resources, Inc.

d) Liability:

Correspondence forwarded to United States Pipe and Foundry Company, LLC outlining their liability to the 1992 Plan and to the CBF. This includes monthly 1992 Plan billing letters and annual CBF billing letters.

All of the above documents are located at UMWA Health and Retirement Funds, 2121 K Street, N.W., Washington, D.C. 20037

    3. Rule 26(a)(1)(A)(iii) disclosures:

The amount of monthly per beneficiary premiums claimed by the 1992 Plan under 26 U.S.C. § 9712 is $3,141,486.52 through January 15, 2017. Such premiums are accruing at the rate of $792.92 per month, per beneficiary attributed to Jim Walter Resources, Inc. The amount of the above 1992 Plan premiums was determined pursuant to Section 9712 of the Coal Act, 26 U.S.C. § 9712, and the 1992 Plan Agreement and Declaration of Trust.

The amount of premiums claimed by the CBF under Section 9704 of the Coal Act, 26 U.S.C. § 9704 is $99,509.43 through January 25, 2017. The CBF premium is an annual premium that is payable in twelve monthly installments. The monthly installment for beneficiaries assigned to Jim Walter Resources, Inc., for the year beginning October 15, 2016, is $10,484.38. These premiums are calculated by the Commissioner of Social Security pursuant to Section 9704(b)(2) of the Coal Act, 26 U.S.C. § 9704(b)(2).

The 1992 Plan and the CBF will make available for inspection and copying the documents or other evidentiary material, not privileged or protected from disclosure, on which such computations are based.

In addition, the Defendant also owes statutory interest, liquidated damages and attorneys fees and costs under 29 U.S.C. § 1132 (g)(2)(B)-(D), as incorporated under Section 9721 of the Coal Act, 26 U.S.C. § 9721, through 29 U.S.C. §§ 1145 and 1451.

4. Plaintiffs are not aware of any documents responsive to Rule 26(a)(1)(A)(iv).

DAVID W. ALLEN
General Counsel
DC Bar #81638

LARRY D. NEWSOME
Associate General Counsel
DC Bar #254763

/s/ Kathleen B. Burns
---
KATHLEEN B. BURNS
Assistant General Counsel
DC Bar #492460
UMWA HEALTH & RETIREMENT FUNDS
Office of the General Counsel
2121 K Street, N.W.
Washington, D.C. 20037
Telephone: (202) 521-2233
Email: kburns@umwafunds.org
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2017, I served the foregoing Plaintiffs' Rule 26(a)(1) Disclosures via the Court's CM/ECF system on the following individuals:

> Alden L. Atkins, Esq.
> **Vinson & Elkins LLP**
> 2200 Pennsylvania Avenue, NW
> Suite 500 West
> Washington, D.C. 20037-1701
>
> Matthew W. Moran, Esq.
> Vanessa Griffith, Esq.
> Marissa A. Wilson, Esq.
> **Vinson & Elkins LLP**
> 2001 Ross Avenue, Suite 3700
> Dallas, TX  75201-2975
> Attorneys for Defendant, United States Pipe and Foundry Company, LLC

/s/ *Kathleen B. Burns*
Kathleen B. Burns
Assistant General Counsel
Attorney for Plaintiffs

6