UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL H. HOLLAND, MICHAEL MCKOWN, JOSEPH R. RESCHINI, and CARLO TARLEY as Trustees of the UNITED MINE WORKERS OF AMERICA 1992 BENEFIT PLAN, and<br><br>MICHAEL H. HOLLAND, MICHAEL MCKOWN, WILLIAM P. HOBGOOD, MARTY HUDSON, JOSEPH R. RESCHINI, CARL E. VANHORN, and GAIL R. WILENSKY as Trustees of the UNITED MINE WORKERS OF AMERICA COMBINED BENEFIT FUND,<br><br>        Plaintiffs,<br>v.<br><br>UNITED STATES PIPE AND FOUNDRY COMPANY, LLC,<br><br>        Defendant. | Civil Action No. 16-cv-01577-ABJ |

## [PROPOSED] UNOPPOSED ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT

Plaintiffs, Trustees of the United Mine Workers of America 1992 Benefit Plan and Trustees of the United Mine Workers of America Combined Benefit Fund, have submitted Plaintiffs' Unopposed Motion to Amend Complaint and Plaintiffs' Amended Complaint for approval by this Court. Upon consideration of the facts and circumstances, including the agreement of the parties to the relief sought by the motion, the Court grants leave to the Plaintiffs to amend their complaint.   It is accordingly:

    **ORDERED** that Plaintiffs' Unopposed Motion to Amend Complaint is **GRANTED.**

    ENTERED this ___ day of _____ 2017.

_____
UNITED STATES DISTRICT COURT JUDGE
AMY BERMAN JACKSON