IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHEAL W. BUCKNER et al.,**<br><br>   **Plaintiffs,**<br><br>v.<br><br>**UNITED STATES PIPE AND FOUNDRY COMPANY, LLC et al.,**<br><br>   **Defendants.** | Case No. 1:16-cv-1577-DLF |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiffs the Trustees of the United Mine Workers of America Combined Benefit Fund, and the Trustees of the United Mine Workers of America 1992 Benefit Plan (collectively the "Trustees"), and Defendants United States Pipe and Foundry Company, LLC, and J.W. Aluminum, Co., hereby stipulate to dismiss the above case with prejudice. Each party shall bear its own attorney's fees, costs and expenses.

DATED: August 29, 2023

<table>
<tr><td>

*/s/ Kathleen B. Burns*
Kathleen B. Burns (D.C. Bar No. 492460)
UMWA HEALTH & RETIREMENT FUNDS
OFFICE OF THE GENERAL COUNSEL
2121 K Street, N.W.
Washington, D.C. 20037
Telephone: (202) 521-2233
Email: kburns@umwafunds.org

*Attorneys for Plaintiffs*


*/s/ Matthew W. Moran*
Alden L. Atkins (D.C. Bar No. 393922)
VINSON & ELKINS LLP
2200 Pennsylvania Avenue, NW
Suite 500 West
Washington, D.C. 20037-1701
Telephone: (202) 639-6500
Email: aatkins@velaw.com

Matthew W. Moran (*pro hac vice*)
VINSON & ELKINS LLP
2001 Ross Avenue, Suite 3700
Dallas, Texas 75201-2975
Telephone: 214.220.7723
Email: mmoran@velaw.com

*Attorneys for Defendant United States Pipe and Foundry Company, LLC*

</td><td>

*/s/ Kevin J. O'Brien*
Michael J. Ciatti (D.C. Bar No. 467177)
KING & SPALDING LLP
1700 Pennsylvania Avenue NW #200
Washington, D.C. 20006
Telephone: 202.737.0500
Facsimile: 202.626.3737
Email: mciatti@kslaw.com

David Tetrick (*pro hac vice*)
Kevin J. O'Brien (*pro hac vice*)
KING & SPALDING LLP
1180 Peachtree Street, NE
Atlanta, Georgia 30309
Telephone: 404.572.4600
Facsimile: 404.572.5100
Email: mmaloney@kslaw.com
          dtetrick@kslaw.com
          kobrien@kslaw.com

*Attorneys for Defendant JW Aluminum Company*

</td></tr>
</table>

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served today, August 29, 2023, with a copy of this document via the Court's CM/ECF system.

                                                                                                                    */s/ Kathleen B. Burns*

4867-7862-1558